# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>CAMILO CAMPOS-HURTADO<br>*Defendant* | )<br>)<br>) Case No. 3:24-cr-00064<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CAMILO CAMPOS-HURTADO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a) - Sexual Exploitation of a Minor
18 U.S.C. § 2252(a)(2) - Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct
18 U.S.C. § 1564(a) - Use or Possession of Fraudulent Immigration Documents
18 U.S.C. § 1028(a)(6) - Possessing an Identification Document or Authentication Feature which was Stolen or Produced without Lawful Authority

Date: 3/20/2024

*Issuing officer's signature*

City and state:   Nashville, Tennessee

Lindsay Newsom, Case Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*