**MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**
**by VIDEO CONFERENCE**

U.S.A. v. <u>Camilo Campos Hurtado</u>, No. <u>3:24-cr-64</u>

**ATTORNEY FOR GOVERNMENT:** <u>Monica Morisson</u>

**ATTORNEY FOR DEFENDANT:** <u>Tom Williams</u>   ☐ AFPD ☐ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** <u>Tiana Rock</u>

**INTERPRETER NEEDED?** ■ YES ☐ NO   **LANGUAGE/INTERPRETER:** <u>Spanish/ Judith Kristy</u>
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

■ **Defendant consents to appear before the Magistrate Judge by video**

■ **INITIAL APPEARANCE**   ☐ ON A SUMMONS   ■ ARRESTED ON: <u>March 25, 2024</u>
DEFENDANT HAS A COPY OF:
☐ Complaint   ■ Indictment   ☐ Information   ☐ Supervised Release Pet.   ☐ Other: _____
■ Defendant advised of the charges & maximum penalties   ■ Defendant advised of right to counsel
☐ Defendant provided the financial affidavit   ☐ Counsel retained   ■ FPD Appointed
■ Defendant advised of right to silence   ☐ Defendant advised of right to Consular Notification
■ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
■ Government filed motion for detention   ■ Defendant Waived detention hearing
☐ Defendant temporarily detained   ■ Defendant reserved right to hearing in future
☐ Defendant to remain in Federal custody   ■ Defendant to be returned to state custody
☐ Defendant to remain on current conditions of supervised release
☐ Defendant released on:
  ☐ Standard ☐ Special ☐ Appearance Bond: _____   ☐ Property Bond
☐ RULE 5- Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____
☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**   (Waiver of Indictment executed)
■ **ARRAIGNMENT**
■ Defendant acknowledges receipt of Indictment/Information   ☐ Indictment/Information read to Defendant
■ Defendant waived reading thereof   ☐ Court advised maximum penalties
**PLEA:** ☐ GUILTY   ■ NOT GUILTY
☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** <u>March 25, 2024</u>   **TOTAL TIME:** <u>11 minutes</u>   2 minutes AR
**BEGIN TIME:** <u>2:00 p.m.</u>   **END TIME:** <u>2:11 p.m.</u>   9 minutes IA
☐ Digitally Recorded   ☐ Court Reporter: _____

Revised on 1/25/24      Page 1 of 1