UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-CR-00064 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| CAMILO CAMPOS-HURTADO | ) | |

### GOVERNMENT'S NOTICE OF APPEARANCE OF CO-COUNSEL

The United States of America, hereby gives notice that Assistant United States Attorney Kathryn Risinger is authorized to practice in this court and now enters her appearance as co-counsel for the Government in this case.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By:    s/ Kathryn Risinger
KATHRYN RISINGER
Assistant U. S. Attorney
719 Church St., Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

### CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2024, a copy of the foregoing document was filed electronically on CM/ECF, which will send notice to all counsel of record in the case.

   s/ Kathryn Risinger
KATHRYN RISINGER
Assistant United States Attorney